In the Matter of a Plan for the Readjustment of the Rights of the Holders of Mortgage Investments Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY.

In the Matter of the Application of BX CORPORATION, Respondent. ROBERT E. DINEEN, Superintendent of Insurance of the State of New York, as Liquidator of New York Title and Mortgage Company, Appellant; EDNA M. WILLIAMSON, Respondent.

Argued May 31, 1949; decided July 19, 1949.

764

*J. Francis Lynch, Gertrude D. H. Perlman* and *Julius B. Sucher* for appellant.

*Edwin A. Falk* and *George Etkin* for BX Corporation, respondent.

*Robert F. Little* for Edna M. Williamson, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.